No. 68854.—Roto Bag Machine Corp. and Markand Thakar et al. *v.* United States, protests 63/2919, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of bag-making machines and parts thereof similar in all

material respects to those the subject of Abstract 66656, the claim of the plaintiffs was sustained.